UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COREY WILLIAMS, ARCHLEY BISSERETH,
DAWN BLACK, SHAMIKA BRITT,
ALVIN CATHOLIC, JOE DAVILA,
RIVELYNO JEAN, JAVON McDOWALD,
SINCLAIR McJOLLY and CALVIN SMITH,

          Plaintiffs,

v.                                            CASE No. 8:04-CV-2351-T-17MAP

LOWE'S HOME CENTERS, INC.,

          Defendant.
_____/

## REPORT AND RECOMMENDATION

At issue is whether the district judge should dismiss the Plaintiff Archely Bissereth's cause of action for failing to appear at his deposition *(*doc. 67*)*. For the reasons outlined below, I recommend the district judge grant the Defendant's motion and dismiss Bissereth's claims with prejudice.[1]

By order of this Court on April 24, 2007, Bissereth was directed to appear and give his deposition before May 9, 2007 (doc. 90). Pursuant to that order, Lowe's noticed Bissereth's deposition for 10:00 a.m. on May 8, 2007; Bissereth failed to appear (doc. 96). Given his repeated failures to attend depositions and his failure to adhere to this Court's order, monetary sanctions would serve no purpose in this case. Instead, dismissal of his cause of action with prejudice is appropriate. *See* FED. R. CIV. P. 37(d) and 41(b). Therefore, it is

    RECOMMENDED:

    1.    That Defendant's motion to dismiss Plaintiff Bissereth for his repeated failure to

---

[1] This matter has been referred to the undersigned for a report and recommendation. *See* 28 U.S.C. § 636.

appear at his deposition (doc. 67) be GRANTED and that Bissereth's cause of action be dismissed with prejudice.

DONE AND ORDERED at Tampa, Florida on May 15, 2007.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a de novo determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon ground of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainright*, 677 F.2d 404 (5th Cir. 1982) (en banc).

Copies furnished to:
Hon. Elizabeth A. Kovachevich
Counsel of Record