```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

COREY WILLIAMS, et al.,

    Plaintiffs,

v.                                    CASE NO.   8:04-CV-2351-T-17MAP

LOWE'S HOME CENTERS,
INC.,

    Defendant.

_____/


ORDER

This cause is before the Court on:

Dkt. 67 Motion to Dismiss Plaintiff Archley Bissereth
Dkt. 99 Report and Recommendation

In the Report and Recommendation, Magistrate Judge Pizzo recommends that Defendant's Motion to Dismiss be granted, and Plaintiff's cause of action be dismissed with prejudice.

The Court has independently reviewed the pleadings. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts the Report and Recommendation, which is incorporated herein by reference, and grants the Motion to Dismiss Plaintiff Bissereth. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** herein. The Court **grants** the Motion to Dismiss the Amended Complaint with prejudice as to Plaintiff Archley Bissereth.

Case No. 8:04-CV-2351-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 31st day of May, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

2